UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

QUICKEN LOANS,
        Plaintiff(s),         CASE NO.:2:07-CV-13143

vs.         DISTRICT JUDGE. BERNARD A.FRIEDMAN
        MAGISTRATE JUDGE STEVEN D. PEPE

MELISSA JOLLY, ET. AL.,
        Defendant(s),
_____/

## ORDER REGARDING DEFENDANT, TRI-COUNTY TITLE AGENCY'S MOTION TO CONDUCT DISCOVERY PRIOR TO THE 26(F) CONFERENCE

      Plaintiff, Quicken Loans, alleges in its July 17, 2007, complaint that the Defendants conspired, in violation of the Racketeer Influenced Corrupt Organization Act (RICO) to defraud Plaintiff by misrepresenting the value of 16 homes acquired and sold by Defendant Melissa Jolly from Defendants Marva Brooks and/or Ronald Townsend (Dkt #1). Plaintiff alleges that the closing and escrow agents Defendants Stewart Title, Strebor Title and Tri-County Title Agency, Inc., either knew or should have known the fraudulent nature of these transactions, but still closed on the sales. On October 16, 2007, this matter was referred for hearing and determination pursuant to 28 U.S.C. 636 (B)(1)(A), (Dkt. #22).

      On October 15, 2007, the Defendant, Tri-County Title Agency, Inc., filed a Motion to Conduct Discovery Prior to the 26(f) Conference and to Serve Additional Interrogatories, (Dkt.# 21). A hearing was initially held on this motion on November 15, 2007. An Opinion and Order as to some of the discovery issues was filed on November 15, 2007, (Dkt. #33). The hearing was then continued until December 19, 2007. Prior to the conference the parties were ordered to meet and confer in an attempt to reduce the Defendant's discovery requests. The Plaintiff in its Statement of Resolved and Unresolved Issues, filed on December 17, 2007, (Dkt. #40) indicates

that Plaintiff agreed to respond to all of the requests for admission and request for documents contained in the revised draft. Plaintiff has also agreed to answer 12 substantive interrogatories numbered 1,2,3,7,8,28,29,31,53,54,55 and 56.

At the hearing it was agreed that further responses to contested interrogatory numbers 4, 5, 6, 10, 11, 12, 14, 15, 17, 18, 19, 20, 21, 22, 23, 36, 37, 38, 43, 44, 45, 46, 47, 48, 49, 50, 51 and 52 be deferred until Plaintiff has determined which of the respective requests for admission (to which each of these interrogatories relates) will not be fully admitted. Accordingly, Plaintiff shall have until the close of business on January 17, 2008, to file its answers to the requests for admissions and the interrogatories noted above and other documents it has agreed to provide. The Parties will note the interrogatories that still are contested in light of those responses.

A telephonic hearing on those contested interrogatories will be held on **JANUARY 18, 2008, at 10:00 A.M.**.

Any objections to this order must be filed with the district court within ten days after service, pursuant to Rule 72(a), Federal Rules of Civil Procedure.

**So Ordered**

Dated: December 20, 2007  s:\ Steven D. Pepe
Flint, MI  Steven D. Pepe
 United States Magistrate Judge

**CERTIFICATE OF SERVICE**

     I hereby certify that on December 20, 2007 , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Allen J.Dyer, John F. Gilhool, Thomas M. Hanson, Charity A. Olson, Peter S. Tangalos, Joseph M. West , and I hereby certify that I have hand delivered/ mailed by United States Postal Service the paper to the following non-ECF participants: Calvin Roberts, 227 Sandy Springs Place, Ste. D-256, Sandy Springs, GA 30328.

                                          s/ James P. Peltier  
                                          James P. Peltier  
                                          Courtroom Deputy Clerk  
                                          U.S. District Court  
                                          600 Church St.  
                                          Flint, MI 48502  
                                          810-341-7850  
                                          pete_peltier@mied.uscourts.gov